IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEVI F. SCHULTZ, | No. CV 07-6144-MO |
| Plaintiff, | JUDGMENT |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

**MOSMAN, J.,**

    Based on the record,

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this __6th__ day of October, 2008.

                                                  /s/ Michael W. Mosman  
                                                  MICHAEL W. MOSMAN  
                                                  United States District Judge

PAGE 1 - JUDGMENT